# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| DAVID JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>                Defendant. | No. CV-19-59-BU-SEH<br><br>**ORDER** |

The Joint Motion to Appear Telephonically at the Preliminary Pretrial Conference[1] is GRANTED.

The parties shall file a notice on or before April 7, 2020, stating the number at which they may be reached for the call.

DATED this 30th day of March, 2020.

                                                _/s/ Sam E. Haddon_
                                                SAM E. HADDON
                                                United States District Court

---

[1] Doc. 15.