IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID JONES,<br><br>                  Plaintiff,<br><br>vs.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>                  Defendant. | No. CV-19-59-BU-SEH<br><br>**ORDER** |

Plaintiff filed this action in state court on October 2, 2019.[1] Defendant removed on December 2, 2019,[2] and filed an Amended Notice of Removal on January 2, 2020,[3] invoking this Court's diversity jurisdiction.

On April 9, 2020, the Court ordered the parties to meet and confer and submit to the Court a joint report addressing the amount in controversy in this case. Briefs were filed on April 23, 2020,[4] April 24, 2020,[5] and April 30, 2020.[6]

---

[1] Doc. 4.

[2] *See* Doc. 1.

[3] Doc. 8.

[4] Doc. 24.

[5] Doc. 25.

[6] Doc. 28.

On May 5, 2020, Defendant filed a motion for leave to file a sur-reply[7] with a brief in support, contending that a sur-reply is "necessary to correct the various inaccurate and misleading representations" in Plaintiff's filing of April 30, 2020.[8]

Upon review and assessment of the record, the Court has determined the categories of damages alleged and the characterization of the alleged damages at issue in this case satisfy the amount in controversy requirement.

ORDERED:

Diversity of citizenship jurisdiction has been adequately well-pleaded. The Court has subject-matter jurisdiction over the claims asserted.

FURTHER ORDERED:

Defendant's Request to Respond to Plaintiff's Reply Re: Amount in Controversy[9] is DENIED as MOOT.

DATED this 14th day of May, 2020.

SAM E. HADDON
United States District Court

---

[7] Doc. 29.

[8] Doc. 30 at 2.

[9] Doc. 29.